## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ORLANDO E. TOWNSEND,** | ) | **CASE NO. 8:08CV132** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **AMY J. BANG, Manager, EEO** | ) | |
| **Compliance, UNION PACIFIC** | ) | |
| **RAILROAD, Company, and** | ) | |
| **A. TERRY OLIN, General Director,** | ) | |
| **Union Pacific Railroad,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge