IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ORLANDO E. TOWNSEND,** | ) | **CASE NO. 8:08CV132** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **AMY J. BANG, Manager, EEO Compliance, UNION PACIFIC RAILROAD, Company, and A. TERRY OLIN, General Director, Union Pacific Railroad,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 28.) In his Motion, Plaintiff seeks reconsideration of the court's January 9, 2009, Memorandum and Order and Judgment which dismissed Plaintiff's claims against all Defendants as time-barred. (Filing Nos. 26 and 27.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its January 9, 2009, Memorandum and Order or Judgment.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 28) is denied.

DATED this 6th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge